UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
SHEET METAL WORKERS' NATIONAL
PENSION FUND, et al.,

               **Plaintiffs,**

- against -

CARDRONA, INC. and ULTAN
GALLIGAN,

               **Defendants.**
------------------------------------------------------x

### ORDER

10 CV 4757 (NG) (JMA)

**GERSHON, United States District Judge:**

      The court adopts the unopposed Report and Recommendation ("R&R") of Magistrate Judge Joan M. Azrack, dated February 18, 2011, regarding the entry default judgment, as well as the scope of relief. As recommended by Judge Azrack, plaintiff is hereby awarded $14,019.68 in unpaid contributions, $222.16 in interest, $2,803.89 in liquidated damages, $1,350.00 in attorney's fees, and $470.00 in costs, for a total award of $18,865.73. Judge Azrack carefully reviewed the applicable considerations in finding this judgment and these awards, and I endorse and adopt her analysis. The Clerk of Court is directed to enter judgment accordingly.

                                         SO ORDERED.

                                         s/NG

                                         **NINA GERSHON**
                                         **United States District Judge**

Dated: Brooklyn, New York
March 30, 2011